AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **Jason Smoak**

was received by me on *(date)*   **5-20-2026**   .

☒ I personally served the summons on the individual at *(place)*   **411 N Foster St, Dothan, AL 36303**

___ on *(date)*   **5-21-2026**   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ___

___, a person of suitable age and discretion who resides there,

on *(date)* ___, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ___, who is

designated by law to accept service of process on behalf of *(name of organization)* ___

on *(date)* ___; or

❐ I returned the summons unexecuted because ___; or

❐ Other *(specify):*


My fees are $ ___ for travel and $ ___ for services, for a total of $   **0.00**   .


I declare under penalty of perjury that this information is true.


Date:  **5/22/2026**

**/s/ *Rodney Baker***
_____
*Server's signature*

**SPS- Rodney Baker   (334) 614-9736**
_____
*Printed name and title*

**2111 Woodward Ave Suite 300**
**Detroit, MI. 48201**
_____
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | | |
|---|---|---|
| TIFFANY McELROY; BRENDA BAILEY as next friend of BABY B.T., a minor | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | 1:26-cv-00372 |
| HOUSTON COUNTY, ALABAMA, JASON SMOAK, in his individual and official capacities, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASON SMOAK
Houston County Sheriff's Office
411 N Foster Street
Dothan, AL 36303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rebecca Ramaswamy
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (504) 535-9035
rebecca.ramaswamy@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date:  5/13/2026
_____



*H. Robertson*
_____
*Signature of Clerk or Deputy Clerk*



Exhibit 1a)



Exhibit 1b)