IN THE UNITED STATES DISTRCT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIFFANY MCELROY; BRENDA     *
BAILEY, as next friend of BABY    *
B.T., a minor,                       *
                                *
Plaintiff,                      *
                                *
v.                          *           1:26-cv-00372-BL-SMD
                                *
HOUSTON COUNTY ALABAMA, et al.    *
                                *
Defendants.                   *

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

COME NOW, six of the Defendants, Corporal Marquel Bishop, Sergeant Caleb Creech, Sergeant Darlene Hayder, Sergeant Tony Murphy, Corporal Laroderick Roberts, and Lieutenant James Trawick, and move the Court to extend time to allow them to file a response. In support of the unopposed motion to extend time to answer, these Defendants state as follows:

1.       These individuals are Defendants in the above styled lawsuit.

2.       These individuals have been served with a summons and complaint. These individuals have not yet responded, and ask the Court to extend time to allow them to respond to the complaint for an additional twenty-one (21) days.

3.       These Defendants are asking the Court to extend the time to respond to the Complaint until August 14, 2026.

4.       By allowing time to respond, the undersigned attorney can meet with these individuals and formulate an answer to Plaintiff's Complaint.

5.    The undersigned has spoken to counsel for Plaintiff and Plaintiff's counsel does not have an objection to these individual's motion to extend time.

WHEREFORE, these individuals request the Court to extend time to answer Plaintiff's complaint until Friday, August 14, 2026.

/s/ Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
Ashley T. Britton (ASB-3974-O48M)
Morgan B. Beckman (ASB-3529-T81J)
Attorneys for Marquel Bishop, Caleb Creech, Darlene Hayder, Tony Murphy, Laroderick Roberts, and James Trawick

OF COUNSEL:

Holtsford Gilliland Hitson Howard
        Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)
rhoward@hglawpc.com
abritton@hglawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of July 2026, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will email a copy of the foregoing pleading to all parties and counsel of record as follows:

Joshua A. Willis
Attorney for Defendants Mindy Van Ackern & Jason Smoak
WEBB MCNEILL FRAWLEY PC
Post Office Box 238
Montgomery, Alabama 36101-0238

Amanda F. Davidoff
Sullivan & Cromwell, LLP
1701 New York Ave. NW, Suite 700
Washington, DC 20006-5215

Elizabeth A. Storey Jessica Klein
Sullivan & Crowmwell, LLP
125 Broad Street
New York, NY 10004-2498

Jessica K. Cochrane
Pregnancy Justice
223 West 38th Street, Ste. 1416
New York, NY 10018

Rebecca Ramaswamy
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104

Krista Ann Dolan
Southern Poverty Law Center
P.O. Box 10788
Tallahassee, FL 32302

Robert C. Lockwood
Lockwood & Associates, Inc.
527 Fountain Row SW
Huntsville, AL 35801

C. Richard Hill, Jr.
Caitlin E. Cobb
Capell & Howard, PC
150 South Perry Street
Montgomery, AL 36104

/s/ Rick A. Howard
OF COUNSEL