**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

TIFFANY McELROY; BRENDA BAILEY as next friend of BABY B.T., a minor,

Plaintiffs,

v.

HOUSTON COUNTY, ALABAMA; HOUSTON COUNTY COMMISSION; HOUSTON COUNTY SHERIFF DONALD VALENZA, in his individual capacity; MARQUEL BISHOP, DAVIAN BURSE, CALEB CREECH, "DOE" GRACE, JAYCEN HAMMOND, DARLENE HAYDER, ACHREF HAYDER, JESSICA JOHNSON, "DOE" MARCUS, DESHAWN MORENO, TONY MURPHY, LARODERICK ROBERTS, JASON SMOAK, JAMES TRAWICK, MELINDA VAN ACKERN, BRENDA VAN REIL, and KATHY YOUNGBLOOD, in their individual and official capacities,

Defendants.

CIVIL ACTION NO.

1:26-cv-00372

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT BRENDA VAN REIL**

Comes now Robert Spence of Smith & Staggs, LLP, counsel of record for Defendants Marquel Bishop, Caleb Creech, Darlene Hayder, Achref Hayder, Tony Murphy, Laroderick Roberts, James Trawick, and Brenda Van Reil, and respectfully moves this Court for leave to withdraw as counsel of record for Defendant Brenda Van Reil only. Undersigned counsel will continue to represent the remaining

defendants named above. In support of this motion, undersigned counsel states as follows:

**1.** Undersigned counsel entered his appearance in this action on behalf of Defendants Marquel Bishop, Caleb Creech, Darlene Hayder, Achref Hayder, Tony Murphy, Laroderick Roberts, James Trawick, and Brenda Van Reil on July 28, 2026. (Doc. 53.)

**2.** August 18, 2026, David Preston York entered a Notice of Appearance as additional counsel of record for Defendant Brenda Van Reil. (Doc. 77.)

**3.** Withdrawal of undersigned counsel as to Defendant Brenda Van Reil will not delay these proceedings, prejudice any party, or leave Ms. Van Reil without representation, as she is currently and will continue to be represented by Mr. York.

**4.** Undersigned counsel will remain counsel of record for Defendants Marquel Bishop, Caleb Creech, Darlene Hayder, Achref Hayder, Tony Murphy, Laroderick Roberts, and James Trawick, and this motion does not affect that representation.

**WHEREFORE**, undersigned counsel respectfully requests that this Court enter an order permitting Robert Spence and Smith & Staggs, LLP to withdraw as counsel of record for Defendant Brenda Van Reil, while continuing as counsel of

record for Defendants Marquel Bishop, Caleb Creech, Darlene Hayder, Achref Hayder, Tony Murphy, Laroderick Roberts, and James Trawick, and to direct the Clerk to terminate the undersigned's electronic notification as to Defendant Brenda Van Reil only.

Respectfully submitted this the 18th day of August, 2026.

/s/ Robert Spence
Robert Spence (ASB-8201-s58r)
Attorney for the Defendants
Marquel Bishop, Caleb Creech,
Darlene Hayder, Achref Hayder,
Tony Murphy, Laroderick Roberts,
and James Trawick

OF COUNSEL:

SMITH & STAGGS, LLP
701 22nd Avenue, Suite 1
Tuscaloosa, Alabama 35401
(205) 409-3140
(205) 409-3142 (facsimile)
rspence@smithstaggs.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ Robert Spence

Robert Spence (ASB-8201-s58r)
Attorney for the Defendants